B 1 (Official Form 1) (1/08)

**AZB**

# United States Bankruptcy Court
# DISTRICT OF ARIZONA

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): <br> **PFP HOLDINGS, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): <br> **20-1778216** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): <br> **890 W. Elliot Road, #102** <br> **Gilbert, AZ** <br> ZIP CODE **85233** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP CODE |
| County of Residence or of the Principal Place of Business: <br> **Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP CODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): <br> ZIP CODE | |

## Type of Debtor
(Form of Organization) (Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

## Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

THIS SPACE IS FOR COURT USE ONLY

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000- 5,000 | 5,001- 10,000 | 10,001- 25,000 | 25,001- 50,000 | 50,001- 100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B 1 (Official Form 1) (1/08) | | AZB Page 2 |
|---|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): <br> PFP Holdings, Inc. | |
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Attachment 1 Attached Hereto | Case Number: | Date Filed: |
| District: DISTRICT OF ARIZONA | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

604175.1

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **PFP Holdings, Inc.** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

Date

### Signature of Attorney*

X /s/ _____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
**Robert J. Miller**
Firm Name
**Bryan Cave LLP**
Address **2 N. Central Avenue, Suite 2200**
**Phoenix, AZ 85004-4406**

**602-364-7000**
Telephone Number
1/31/08
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ _____
Signature of Authorized Individual
**J. Phillip Christensen**
Printed Name of Authorized Individual
**Secretary**
Title of Authorized Individual
1/31/08
Date

## ATTACHMENT 1 TO VOLUNTARY CHAPTER 11 PETITION

The following entities are filing voluntary petitions in this Court concurrently with this filing:

CLASSIC COMMUNITIES CONSTRUCTION, LLC
CLASSIC COMMUNITIES, INC.
PFP FUNDING, LLC
PFP HOLDINGS, INC.
ROOSEVELT PARK DEVELOPMENT, LLC
SIENA DEVELOPMENT, LLC
TREND HOMES CONSTRUCTION, LLC
TREND HOMES, INC.
VILLA SIENA, LLC

**PFP HOLDINGS, INC.,**
an Arizona corporation

## UNANIMOUS CONSENT OF THE BOARD OF DIRECTORS
## IN LIEU OF MEETING

The undersigned, being all of the Directors of PFP HOLDINGS, INC., an Arizona corporation (the "Company"), hereby consent in writing to the following resolutions, adopted without a meeting as permitted by Section 10-821 of the Arizona Revised Statutes, as amended:

WHEREAS, the Board of Directors is empowered to make all decisions affecting the business of the Company and deems it advisable and in the best interest of the Company to file a Voluntary Petition pursuant to Chapter 11 of Title 11, United States Code, for the reorganization of the Company in the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court"); and

WHEREAS, the Board of Directors wishes to authorize J. Phillip Christensen, the Secretary of the Company, to execute any and all papers and/or documents on behalf of the Company for the purpose of effectuating the foregoing Voluntary Petition under Chapter 11, which papers and/or documents may include but not necessarily be limited to: (i) Voluntary Petition; (ii) List of Twenty Largest Unsecured Creditors; (iii) List of Creditors; (iv) Matrix Mailing List; and (v) any and all other papers and/or documents that the Secretary may deem necessary or advisable for the purpose of effectuating the foregoing Voluntary Petition and the reorganization of the Company; and

WHEREAS, the Board of Directors wishes to retain Bryan Cave LLP ("Bryan Cave") to be general bankruptcy and reorganization counsel for the Company, the Law Offices of Michael W. Carmel, Ltd. (the "Carmel Firm") to be conflicts counsel for the Company, and Odyssey Capital Group, LLC ("Odyssey") to be financial and restructuring advisor to the Company; and

WHEREAS, the Board of Directors has determined that it is in the best interests of the Company to sell substantially all of the assets of the Company to T2 Homes, LLC, or such other purchaser as may submit the highest or otherwise best bid pursuant to procedures approved by the Bankruptcy Court, on the terms and conditions set forth in that certain [draft] Asset Purchase Agreement and Escrow Instructions dated January __, 2008 (the "Asset Purchase Agreement"); and

NOW, THEREFORE, BE IT RESOLVED, that the Board of Directors does hereby approve of the filing of a Voluntary Petition in the Bankruptcy Court on behalf of the Company;

FURTHER RESOLVED, that the Secretary of the Company is hereby authorized and directed to execute any and all papers and/or documents to effectuate the filing of a Chapter 11 case, including, but not limited to, the Voluntary Petition and the other above-referenced papers and/or documents for purposes of effectuating a voluntary Chapter 11 filing and the reorganization of the Company.

603924.2 [0214977]
PFP Holdings, Inc./Execution Copy

FURTHER RESOLVED, that the Board of Directors does hereby approve and directs that Bryan Cave be retained as the Company's general bankruptcy and restructuring counsel, that the Carmel Firm be retained as the Company's conflicts counsel, and that Odyssey be retained as the Company's financial and restructuring advisor, each on the terms set forth in its respective engagement letter.

FURTHER RESOLVED, that the Board of Directors does hereby approve of the sale of substantially all of the assets of the Company to T2 Homes, LLC, or such other purchaser as may submit the highest or otherwise best bid pursuant to procedures approved by the Bankruptcy Court, and that the Secretary of the Company is hereby authorized and directed to execute the Asset Purchase Agreement with such amendments or modifications as the Secretary of the Company deems appropriate.

FURTHER RESOLVED, that any of the above actions taken prior to the effective date of this consent by J. Phillip Christensen, or any other authorized officer, and any other persons appointed to act on the Company's behalf in connection with the foregoing resolutions, are hereby ratified, confirmed and approved by the Company.

DATED: __1-29__, 2008.

DIRECTORS:

_____
J. Stanton Porter

_____
J. Merrill Funk

_____
Reed Porter

_____
Shawn Porter

_____
Ben Funk

_____
R. Gordon Porter