Robert J. Miller, Esq. (#013334)
Bryce A. Suzuki, Esq. (#022721)
**BRYAN CAVE LLP**
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004
Telephone: (602) 364-7000
Internet: rjmiller@bryancave.com
bryce.suzuki@bryancave.com

Brian C. Walsh, Esq. (MO #58091)
Cullen K. Kuhn, Esq. (MO #53151)
**BRYAN CAVE LLP**
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2000
Internet: brian.walsh@bryancave.com
ckkuhn@bryancave.com

Proposed Attorneys for the Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| PFP HOLDINGS, INC., | Case No. 2:08-bk-00899-GBN |
| Debtor. | **CORPORATE OWNERSHIP STATEMENT** |

PFP Holdings, Inc. (the "Debtor") hereby states the following in accordance with Federal Rule of Bankruptcy Procedure 1007(a)(1):

> There is no corporation that owns, directly or indirectly, 10% or more of any class of the Debtor's equity interests.

I, J. Phillip Christensen, the Secretary of the Debtor, declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

PFP HOLDINGS, INC.

Dated: January 31, 2008   By: /s/ J. Phillip Christensen
　　　　　　　　　　　　　　　Name: J. Phillip Christensen
　　　　　　　　　　　　　　　Title:　Secretary

Bryan Cave LLP
Two North Central Avenue, Suite 2200
Phoenix, Arizona 85004-4406
(602) 364-7000